IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAILEY WAYNE SANDERS, § | | |
| #48659-177, § | | |
| Movant, § | | |
| § | | |
| v. § | CIVIL NO. | 3:21-CV-2054-D |
| § | (CRIMINAL NO. 3:18-CR-006-D-53) | |
| UNITED STATES OF AMERICA, § | | |
| Respondent. § | | |

## JUDGMENT

The court has entered its order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. It is therefore ordered and adjudged that the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is dismissed with prejudice as barred by the one-year statute of limitations.

Done at Dallas, Texas September 6, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE